# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**DREW M. MOIR,**

**Plaintiff,**

**v.**

**TIMOTHY AMDAHL and**
**DAVID RAINS,**

**Defendants.**                                    **No. 17-cv-821-DRH-DGW**

## MEMORANDUM and ORDER

**HERNDON, District Judge:**

Plaintiff Drew M. Moir brought this *pro se* civil rights action pursuant to 42 U.S.C. § 1983 while incarcerated at Robinson Correctional Center. On October 20, 2017, the Court conducted its preliminary review of the complaint pursuant to 28 U.S.C. § 1915A, and the matter was referred to Magistrate Judge Donald G. Wilkerson (Doc. 9).

Following the referral, Moir filed a Notice of Change of Address providing the Court with a personal address in Iowa (Doc. 12).Thereafter, Defendant Rains filed the pending motion for summary judgment (Doc. 19) arguing that since Moir has been released from custody, his injunctive relief claim against Rains is moot and Rains is entitled to summary judgment. *See, e.g., Wilke v. Cole*, 630 Fed. Appx. 615, 619 (7th Cir. 2015).

Pursuant to 28 U.S.C. § 636(b)(1)(B), Magistrate Wilkerson issued a Report and Recommendation ("the Report") on March 2, 2018 (Doc. 22). The

Report concluded that Moir's claims against Rains were mooted by virtue of his release from custody (Doc. 22). Objections to the Report and Recommendation were due on or before March 19, 2018. See 28 U.S.C. § 636(b)(1); FED. R. CIV. P. 72(b)(2); SDIL-LR 73.1(b). No objections were filed.

Where neither timely nor specific objections to the Report and Recommendation are made, the Court need not conduct a *de novo* review. See *Thomas v. Arn*, 474 U.S. 140 (1985). Instead, the Court should review the Report and Recommendation for clear error. *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court may then "accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Having reviewed defendant's motion and the Report and Recommendation, the undersigned fully agrees with the analysis and conclusions of Magistrate Judge Wilkerson.

Accordingly, the Court **ADOPTS** the Report (Doc. 22). The Court **GRANTS** Defendant Rains' motion for summary judgment (Doc. 19) for the reasons given in the Report and Recommendation. Judgment shall be entered at the close of the case. The Clerk is **DIRECTED** to terminate Rains from the case.

**IT IS SO ORDERED.**

Judge Herndon
2018.03.21
14:05:47 -05'00'

United States District Judge